IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIAM WRATTO,

    Plaintiff,

v.

NORTHTEC LLC, and MANPOWER INC., d/b/a MANPOWER STAFFING,

    Defendants.

Case No. 09-cv-5790

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the above-referenced action is hereby dismissed with prejudice and without costs as to any party.

/s/ Jeremy R. Cerutti, Esq.
Ari R. Karpf, Esq.
Jeremy R. Cerutti, Esq.
KARPF, KARPF & VIRANT
Neshaminy Plaza
3070 Bristol Pike, Building 2, Suite 231
Bensalem, PA  19020-5364

*Attorneys for Plaintiff, William Wratto*

/s/ A. Nicole Stover, Esq.
Ellen Rosen Rogoff, Esq.
A. Nicole Stover, Esq.
STRADLEY RONON STEVENS & YOUNG, LLP
2600 One Commerce Square
Philadelphia, PA  19103-7098

*Attorneys for Defendant, Northtec LLC*

/s/ Michael R. Phillips, Esq.
John P. Gonzales, Esq.
MARSHALL, DENNEHEY, WARNER
COLEMAN & GOGGIN
620 Freedom Business Center, Suite 300
King of Prussia, PA  19406

Michael R. Phillips, Esq.
MCGUIRE WOODS LLP
77 West Wacker Drive, Suite 4100
Chicago, IL  60601-1818

*Attorneys for Defendant, Manpower Inc.*

SO ORDERED:

_____  6/21/10
Hon. Lawrence F. Stengel